UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jessica Brough,  Case No. 3:25-cv-2027

   Plaintiff,

v.  ORDER

Brooke Rollins, *in her official capacity as Secretary of the United States Department of Agriculture (Farm Service Agency)*,

   Defendant.

  On September 23, 2025, Plaintiff Jessica Brough filed a Complaint against Defendant Brooke Rollins, "in her official capacity as Secretary of the United States Department of Agriculture (Farm Service Agency)." (Doc. No. 1). Pursuant to the Northern District of Ohio's General Orders, this case was then stayed during the government shutdown from October 1, 2025, through November 13, 2025. *See* General Orders 2025-20 and 2025-22.

  Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Ninety days have elapsed since the filing of the Complaint, and there is no indication on the docket that Plaintiff has perfected service on Defendant. But because this case was stayed from October 1, 2025, through November 13, 2025, I extend this deadline to February 4, 2026.

By February 4, 2026, Plaintiff shall either show service has been perfected on Defendant or show cause for the failure to do so. If Plaintiff fails to do either, this case will be dismissed without prejudice under Rule 4(m).

So Ordered.

s/ Jeffrey J. Helmick<br>United States District Judge